```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17385
   LAMIDI O AHMED
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9674


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/07/2008 and was confirmed 10/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/28/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG         .00           .00            .00
CITIMORTGAGE INC         MORTGAGE ARRE     2027.68           .00        2027.68
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED           .00            .00
CITIMORTGAGE             MORTGAGE NOTI   NOT FILED           .00            .00
CITIMORTGAGE INC         MORTGAGE NOTI   NOT FILED           .00            .00
PHILIP A IGOE            DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                         157.32
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,185.00

PRIORITY                                                .00
SECURED                                            2,027.68
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                 157.32
DEBTOR REFUND                                           .00
                       --------------           --------------
TOTALS                   2,185.00                  2,185.00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 17385 LAMIDI O AHMED
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17385 LAMIDI O AHMED